UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| NICOLA MARIE DUGGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:16-CV-34 |
| | ) |
| COMMISSIONER OF THE SOCIAL | ) |
| SECURITY ADMIN. | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

This civil action is before the court on the Report and Recommendation [doc. 25] filed by United States Magistrate Judge Clifton L. Corker. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After careful consideration of this matter, the Court is in complete agreement with Magistrate Judge Corker's conclusions. The Court therefore **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). It is **ORDERED**, for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that Plaintiff's Motion for Attorney's Fees [doc. 23] is **GRANTED**.

      **IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge